# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | CELITIA SALAZAR | : | CHAPTER 13 |
| | | : | |
| | Debtor(s) | : | BANKRUPTY NO. 23-10971 |

## CERTIFICATE OF SERVICE AND
## CERTIFICATION OF NO RESPONSE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Motion to Extend the Automatic Stay, as well as a Notice of Motion, Response Deadline, and Hearing Date, via email, regular mail, and/or ECF notice, to the parties indicated below:

/s/Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor

Dated: May 8, 2023

U.S. Trustee's Office

Kenneth E. West Trustee

All Creditors on Matrix

Debtor