# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                              |Personnel Number..... 00624463
|6321 Hasbrook Ave                              |Transportation Pyrl Area 2
|Philadelphia PA   19111                        |Pay Period.. 04/01/2023 - 04/14/2023
|                                               |Fed Tax Status: Single
|                                               |Fed Tax Allowances: 05   Period: 09/2023
|B/U:G1      Group:05    Level:05               |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/2023 | 731.73 | = | 1,078.10 | + | 0.00 | - | 178.11 | - | 168.26 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.27 | 8.00 | 186.16 | 6,614.50 |
| Annual Leave Pay | 23.27 | 36.83 | 857.03 | 2,160.15 |
| Sick Leave Pay | | | | 1,675.44 |
| FMLA/SPF Annual | 23.27 | 1.50 | 34.91 | 779.55 |
| FMLA/SPF Sick | | | | 46.54 |
| Holiday/Comp lieu Holiday | | | | 558.48 |
| OT 1.5 | | | | 34.92 |
| Leave w/out Pay-AbsenceAp | | | | |
| Leave w/out Pay-AbsenceAp | 23.27 | 1.67 | | |
| Leave w/out Pay-AbsenceAp | 23.27 | 8.00 | | |
| Leave w/out Pay-AbsenceAp | 23.27 | 16.00 | | |
| Leave w/out Pay-AbsenceNA | | | | |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd-Sick | | | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| Total Gross | | | 1,078.10 | 11,869.58 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 30.00 | 476.89 |
| TX EE Social Security Tax | 61.59 | 688.88 |
| TX EE Medicare Tax | 14.40 | 161.11 |
| State             Pennsylvania | | |
| TX Withholding Tax | 30.50 | 341.10 |
| TX EE Unemployment Tax | 0.76 | 8.31 |
| Local             Philadelphia | | |
| TX Withholding Tax | 40.86 | 449.85 |
| EE Taxes | 178.11 | 2,126.14 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 46.54 | 418.86 |
| MED Buy Up/Base Cost | 38.17 | 339.74 |
| AFSCME - 13 Union Dues | 16.17 | 177.50 |
| Full Cov Class AA/Cat 0 | 67.38 | 741.86 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Total Deductions | 168.26 | 1,677.96 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 731.73 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 61.59 | |
| TX ER Medicare Tax | 14.40 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 115.00 | |
| ER Workers Comp Benefit | 24.61 | |
| PR Choice PPO | 536.00 | |
| ER-SERS | 418.52 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 926.01 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                        |Personnel Number..... 00624463
|6321 Hasbrook Ave                        |Transportation Pyrl Area 2
|Philadelphia PA  19111                   |Pay Period.. 04/01/2023 - 04/14/2023
|                                         |Fed Tax Status:
|                                         |Fed Tax Allowances:      Period: 09/2023
|B/U:G1     Group:05    Level:05          |

| Pay Date        Payment Amount =     Gross     +     Reim.    -     Taxes    -    Deds.
| 04/28/2023            731.73     =  1,078.10   +      0.00    -    178.11    -   168.26



|Payroll Area      T2
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                          |Personnel Number..... 00624463
|6321 Hasbrook Ave                          |Transportation Pyrl Area 2
|Philadelphia PA   19111                    |Pay Period.. 03/18/2023 - 03/31/2023
|                                           |Fed Tax Status: Single
|                                           |Fed Tax Allowances: 05   Period: 08/2023
|B/U:G1      Group:05    Level:05           |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/2023 | 624.24 | = | 939.53 | + | 0.00 | − | 157.90 | − | 157.39 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.27 | 32.00 | 744.64 | 6,428.34 |
| Annual Leave Pay | | | | 1,303.12 |
| Sick Leave Pay | | | | 1,675.44 |
| FMLA/SPF Annual | 23.27 | 8.00 | 186.16 | 744.64 |
| FMLA/SPF Sick | | | | 46.54 |
| Holiday/Comp lieu Holiday | | | | 558.48 |
| OT 1.5 | 34.91 | 0.25 | 8.73 | 34.92 |
| Leave w/out Pay-AbsenceNA | | | | |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd-Sick | | | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| Total Gross | | | 939.53 | 10,791.48 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 30.00 | 446.89 |
| TX EE Social Security Tax | 53.00 | 627.29 |
| TX EE Medicare Tax | 12.40 | 146.71 |
| State              Pennsylvania | | |
| TX Withholding Tax | 26.24 | 310.60 |
| TX EE Unemployment Tax | 0.65 | 7.55 |
| Local              Philadelphia | | |
| TX Withholding Tax | 35.61 | 408.99 |
| EE Taxes | 157.90 | 1,948.03 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 46.54 | 372.32 |
| MED Buy Up/Base Cost | 38.17 | 301.57 |
| AFSCME - 13 Union Dues | 13.96 | 161.33 |
| Full Cov Class AA/Cat 0 | 58.72 | 674.48 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Total Deductions | 157.39 | 1,509.70 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 624.24 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 53.00 | |
| TX ER Medicare Tax | 12.40 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 115.00 | |
| ER Workers Comp Benefit | 21.45 | |
| PR Choice PPO | 536.00 | |
| ER-SERS | 364.73 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 796.10 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                        |Personnel Number..... 00624463
|6321 Hasbrook Ave                        |Transportation Pyrl Area 2
|Philadelphia PA   19111                  |Pay Period.. 03/18/2023 - 03/31/2023
|                                         |Fed Tax Status:
|                                         |Fed Tax Allowances:      Period: 08/2023
|B/U:G1    Group:05    Level:05           |

| Pay Date      Payment Amount =     Gross    +    Reim.    -    Taxes    -    Deds.  |
| 04/14/2023          624.24        =  939.53    +    0.00    -    157.90    -    157.39  |


|Payroll Area      T2
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                          |Personnel Number..... 00624463
|6321 Hasbrook Ave                          |Transportation Pyrl Area 2
|Philadelphia PA  19111                     |Pay Period.. 03/04/2023 - 03/17/2023
|                                           |Fed Tax Status: Single
|                                           |Fed Tax Allowances: 05   Period: 07/2023
|B/U:G1     Group:05    Level:05            |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/2023 | 761.91 | = | 1,116.96 | + | 0.00 | - | 183.78 | - | 171.27 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.27 | 46.75 | 1,087.87 | 5,683.70 |
| Annual Leave Pay | | | | 1,303.12 |
| Sick Leave Pay | | | | 1,675.44 |
| FMLA/SPF Annual | | | | 558.48 |
| FMLA/SPF Sick | 23.27 | 1.25 | 29.09 | 46.54 |
| Holiday/Comp lieu Holiday | | | | 558.48 |
| OT 1.5 | | | | 26.19 |
| Leave w/out Pay-AbsenceNA | | | | |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd-Sick | | | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| Total Gross | | | 1,116.96 | 9,851.95 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 30.00 | 416.89 |
| TX EE Social Security Tax | | 64.00 | 574.29 |
| TX EE Medicare Tax | | 14.97 | 134.31 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 31.69 | 284.36 |
| TX EE Unemployment Tax | | 0.79 | 6.90 |
| Local | Philadelphia | | |
| TX Withholding Tax | | 42.33 | 373.38 |
| EE Taxes | | 183.78 | 1,790.13 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 46.54 | 325.78 |
| MED Buy Up/Base Cost | 38.17 | 263.40 |
| AFSCME - 13 Union Dues | 16.75 | 147.37 |
| Full Cov Class AA/Cat 0 | 69.81 | 615.76 |
| Total Deductions | 171.27 | 1,352.31 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 761.91 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 64.00 | |
| TX ER Medicare Tax | 14.97 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 115.00 | |
| ER Workers Comp Benefit | 25.50 | |
| PR Choice PPO | 536.00 | |
| ER-SERS | 433.60 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 962.44 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                    |Personnel Number..... 00624463
|6321 Hasbrook Ave                    |Transportation Pyrl Area 2
|Philadelphia PA  19111               |Pay Period.. 03/04/2023 - 03/17/2023
|                                     |Fed Tax Status:
|                                     |Fed Tax Allowances:      Period: 07/2023
|B/U:G1     Group:05    Level:05      |

| Pay Date      Payment Amount =    Gross    +    Reim.   -    Taxes    -    Deds.
| 03/31/2023          761.91    =  1,116.96  +     0.00  -    183.78   -   171.27


|Payroll Area      T2
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                              |Personnel Number..... 00624463
|6321 Hasbrook Ave                              |Transportation Pyrl Area 2
|Philadelphia PA  19111                         |Pay Period.. 02/18/2023 - 03/03/2023
|                                               |Fed Tax Status: Single
|                                               |Fed Tax Allowances: 05   Period: 06/2023
|B/U:G1    Group:05    Level:05                 |

| Pay Date       Payment Amount  =    Gross    +    Reim.   -    Taxes    -    Deds.
| 03/17/2023         617.32      =    930.80   +    0.00    -    156.63   -    156.85
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.27 | 8.00 | 186.16 | 4,595.83 |
| Annual Leave Pay | | | | 1,303.12 |
| Sick Leave Pay | | | | 1,675.44 |
| FMLA/SPF Annual | 23.27 | 24.00 | 558.48 | 558.48 |
| FMLA/SPF Sick | | | | 17.45 |
| Holiday/Comp lieu Holiday | 23.27 | 8.00 | 186.16 | 558.48 |
| OT 1.5 | | | | 26.19 |
| Leave w/out Pay-AbsenceNA | | | | |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd-Sick | | | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| Total Gross | | | 930.80 | 8,734.99 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 30.00 | 386.89 |
| TX EE Social Security Tax | 52.46 | 510.29 |
| TX EE Medicare Tax | 12.27 | 119.34 |
| State             Pennsylvania | | |
| TX Withholding Tax | 25.97 | 252.67 |
| TX EE Unemployment Tax | 0.65 | 6.11 |
| Local             Philadelphia | | |
| TX Withholding Tax | 35.28 | 331.05 |
| EE Taxes | 156.63 | 1,606.35 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 46.54 | 279.24 |
| MED Buy Up/Base Cost | 38.17 | 225.23 |
| AFSCME - 13 Union Dues | 13.96 | 130.62 |
| Full Cov Class AA/Cat 0 | 58.18 | 545.95 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Total Deductions | 156.85 | 1,181.04 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 617.32 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 52.46 | |
| TX ER Medicare Tax | 12.27 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 115.00 | |
| ER Workers Comp Benefit | 21.25 | |
| PR Choice PPO | 536.00 | |
| ER-SERS | 361.34 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 787.91 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                        |Personnel Number..... 00624463
|6321 Hasbrook Ave                        |Transportation Pyrl Area 2
|Philadelphia PA  19111                   |Pay Period.. 02/18/2023 - 03/03/2023
|                                         |Fed Tax Status:
|                                         |Fed Tax Allowances:      Period: 06/2023
|B/U:G1     Group:05    Level:05          |

| Pay Date        Payment Amount  =    Gross    +    Reim.    -    Taxes    -    Deds.
| 03/17/2023           617.32     =    930.80   +    0.00     -    156.63   -    156.85


|Payroll Area     T2
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                           |Personnel Number..... 00624463
|6321 Hasbrook Ave                           |Transportation Pyrl Area 2
|Philadelphia PA  19111                      |Pay Period.. 02/04/2023 - 02/17/2023
|                                            |Fed Tax Status: Single
|                                            |Fed Tax Allowances: 05   Period: 05/2023
|B/U:G1      Group:05    Level:05            |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|
| 03/03/2023 | 1,272.96 = | 1,861.60 | + | 0.00 | − | 359.66 | − | 228.98 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.27 | 32.00 | 744.64 | 4,409.67 |
| Annual Leave Pay | 23.27 | 48.00 | 1,116.96 | 1,303.12 |
| Sick Leave Pay | | | | 1,675.44 |
| FMLA/SPF Sick | | | | 17.45 |
| Holiday/Comp lieu Holiday | | | | 372.32 |
| OT 1.5 | | | | 26.19 |
| Leave w/out Pay-AbsenceNA | | | | |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd-Sick | | | | |
| Total Gross | | | 1,861.60 | 7,804.19 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 97.34 | 356.89 |
| TX EE Social Security Tax | 110.16 | 457.83 |
| TX EE Medicare Tax | 25.76 | 107.07 |
| State           Pennsylvania | | |
| TX Withholding Tax | 54.55 | 226.70 |
| TX EE Unemployment Tax | 1.30 | 5.46 |
| Local           Philadelphia | | |
| TX Withholding Tax | 70.55 | 295.77 |
| EE Taxes | 359.66 | 1,449.72 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 46.54 | 232.70 |
| MED Buy Up/Base Cost | 38.17 | 187.06 |
| AFSCME - 13 Union Dues | 27.92 | 116.66 |
| Full Cov Class AA/Cat 0 | 116.35 | 487.77 |
| Total Deductions | 228.98 | 1,024.19 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount | |
|---|---|---|
| | | |
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,272.96 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 110.16 | |
| TX ER Medicare Tax | 25.76 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 115.00 | |
| ER Workers Comp Benefit | 42.50 | |
| PR Choice PPO | 536.00 | |
| ER-SERS | 722.67 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,660.54 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                              |Personnel Number..... 00624463
|6321 Hasbrook Ave                              |Transportation Pyrl Area 2
|Philadelphia PA  19111                         |Pay Period.. 01/21/2023 - 02/03/2023
|                                               |Fed Tax Status: Single
|                                               |Fed Tax Allowances: 05   Period: 04/2023
|B/U:G1      Group:05    Level:05               |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 02/17/2023 | 1,272.94 | = | 1,861.60 | + | 0.00 | − | 359.68 | − | 228.98 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.27 | 7.25 | 168.71 | 3,665.03 |
| Annual Leave Pay | 23.27 | 8.00 | 186.16 | 186.16 |
| Sick Leave Pay | 23.27 | 64.00 | 1,489.28 | 1,675.44 |
| FMLA/SPF Sick | 23.27 | 0.75 | 17.45 | 17.45 |
| Holiday/Comp lieu Holiday | | | | 372.32 |
| OT 1.5 | | | | 26.19 |
| Leave w/out Pay-AbsenceNA | | | | |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd-Sick | | | | |
| Total Gross | | | 1,861.60 | 5,942.59 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 97.34 | 259.55 |
| TX EE Social Security Tax | 110.17 | 347.67 |
| TX EE Medicare Tax | 25.77 | 81.31 |
| State            Pennsylvania | | |
| TX Withholding Tax | 54.55 | 172.15 |
| TX EE Unemployment Tax | 1.30 | 4.16 |
| Local            Philadelphia | | |
| TX Withholding Tax | 70.55 | 225.22 |
| EE Taxes | 359.68 | 1,090.06 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 46.54 | 186.16 |
| MED Buy Up/Base Cost | 38.17 | 148.89 |
| AFSCME - 13 Union Dues | 27.92 | 88.74 |
| Full Cov Class AA/Cat 0 | 116.35 | 371.42 |
| Total Deductions | 228.98 | 795.21 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount | | |
|---|---|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,272.94 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 110.17 |
| TX ER Medicare Tax | 25.77 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 115.00 |
| ER Workers Comp Benefit | 42.50 |
| PR Choice PPO | 536.00 |
| ER-SERS | 722.67 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,660.54 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                        |Personnel Number..... Q0624463
|6321 Hasbrook Ave                        |Transportation Pyrl Area 2
|Philadelphia PA   19111                  |Pay Period.. 01/07/2023 - 01/20/2023
|                                         |Fed Tax Status: Single
|                                         |Fed Tax Allowances: 05   Period: 03/2023
|B/U:G1   Group:05   Level:05             |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 02/03/2023 | 1,158.44 | = | 1,687.39 | + | 0.00 | - | 313.85 | - | 215.10 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 23.27 | 56.00 | 1,303.12 | 3,496.32 |
| Sick Leave Pay | 23.27 | 8.00 | 186.16 | 186.16 |
| Holiday/Comp lieu Holiday | 23.27 | 8.00 | 186.16 | 372.32 |
| OT 1.5 | 34.91 | 0.25 | 8.73 | 26.19 |
| UnPd-Holiday Approved | | | | |
| FMLA/SPF UnPd-Sick | | | | |
| FMLA/SPF UnPd-Sick | 23.27 | 8.00 | | |
| Total Gross | | | 1,684.17 | 4,080.99 |
| Difference prev. Period | | | 3.22 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 77.38 | 162.21 |
| TX EE Social Security Tax | 99.17 | 237.50 |
| TX EE Medicare Tax | 23.19 | 55.54 |
| State             Pennsylvania | | |
| TX Withholding Tax | 49.10 | 117.60 |
| TX EE Unemployment Tax | 1.18 | 2.86 |
| Local             Philadelphia | | |
| TX Withholding Tax | 63.83 | 154.67 |
| EE Taxes | 313.85 | 730.38 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 46.54 | 139.62 |
| MED Buy Up/Base Cost | 38.17 | 110.72 |
| AFSCME - 13 Union Dues | 25.13 | 60.82 |
| Full Cov Class AA/Cat 0 | 105.26 | 255.07 |
| Total Deductions | 215.10 | 566.23 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,158.44 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 99.17 | |
| TX ER Medicare Tax | 23.19 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 115.00 | |
| ER Workers Comp Benefit | 38.45 | |
| PR Choice PPO | 536.00 | |
| ER-SERS | 653.79 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,494.20 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 | |
|---|---|---|