IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Celitia Salazar<br>    Debtor,<br><br>Nationstar Mortgage LLC as servicer for<br>Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>Celitia Salazar<br>    Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-10971 - MDC<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Nationstar Mortgage LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                              Respectfully submitted,

Dated:  June 23, 2023            BY:*/s/ Christopher A. DeNardo*
                              Christopher A. DeNardo 78447
                              LOGS Legal Group LLP
                              3600 Horizon Drive, Suite 150
                              King of Prussia, PA 19406
                              (610) 278-6800
                              logsecf@logs.com

LLG File #: 23-069464

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Celitia Salazar<br>    Debtor,<br><br>Nationstar Mortgage LLC as servicer for<br>Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>Celitia Salazar<br>    Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-10971 - MDC<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 23rd day of June, 2023:

Celitia Salazar
6321 Hasbrook Avenue
Philadelphia, PA 19111

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com