# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

CELITIA K. SALAZAR : CASE NO. 23-10971

## ORDER

AND NOW, this 5th day of September 2023, upon consideration of the Debtor(s) Objection to the Proof of Claim (Claim #1), filed by **LVNV Funding, LLC** and any response there to, and a hearing on the matter, it is hereby

ORDERED AND DECREED that the DEBTOR (S) OBJECTION TO THE PROOF OF CLAIM #1 OF **LVNV Funding, LLC** is SUSTAINED, and it is FURTHER ORDERED AND DECREED that the claim is disallowed in its entirety.

BY THE COURT:

_Magdeline D. Coleman_
BANKRUPTCY JUDGE