United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10971-mdc

Celitia K. Salazar     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Oct 06, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Celitia K. Salazar, 6321 Hasbrook Ave., Philadelphia, PA 19111-5603 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Celitia K. Salazar support@ymalaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

           ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

ulation Bankruptcy Case # 23-10971 - MDC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Celitia Salazar<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>23-10971 - MDC |
| Nationstar Mortgage LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Celitia Salazar<br>    Debtor/Respondent, | 11 U.S.C. § 362 |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | |

**STIPULATION AND ORDER**

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1. This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2. The post-petition arrearages on the mortgage held by Movant on Debtor's property at 6321 Hasbrook Avenue, Philadelphia, PA 19111 (the "Property"), are $5,560.99. The breakdown of the arrears is as follows:

| | |
|---|---|
| Post-Payments from 05/01/2023 to 08/01/2023 at $1,374.26 each | $5,497.04 |
| Suspense Balance: | $1,174.05 |
| Attorney Fees | $1050.00 |
| BK Costs | $188.00 |

3. If Debtor provides proof of negotiated payments not already credited, they will receive credit for those payments.

2 Salazar Stipulation Bankruptcy Case # 23-10971 - MDC

    4.    Debtor shall cure the arrearages in the following manner:

    (a)    The balance of the arrears, to-wit, $5,560.99, shall be cured by Debtor through the Chapter 13 Plan. Debtor shall file an amended Chapter 13 Plan to pay the entire new adjusted arrearage claim of $54,685.00 to Movant (original arrearage claim of $49,124.01 + post arrears of $5,560.99 ) by October 15, 2023. Movant shall file an amended proof of claim to reflect the same;

    5.    Debtor shall resume making the regular monthly mortgage payments on September 1, 2023. If funds are not received prior to the 10th of the month, then the payment shall include all applicable late charges.

    (a)    Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change, and the monthly payment amount due under the terms of the Stipulation shall change accordingly.

    (b)    All payments to Movant shall include the Loan No. written on the face thereof and shall be made directly to Attention: Nationstar Mortgage Bankruptcy Department, PO Box 619094 Dallas, TX 75261-9741.

    (c)    Should Debtor's post-confirmation plan be denied confirmation, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief as to the Property.

    (d)    All payments made pursuant to this Stipulation and Order shall be applied first to reimburse Movant for its attorneys' fees and costs (as provided for above) in connection with this motion. All further payments will be applied to the arrears and/or monthly payments in the manner prescribed by the Mortgage and Note.

    6.    In the event that Debtor fails to file an Amended Chapter 13 Plan within the time period prescribed above, or if Debtor fails to make any of the payments set forth above, Movant

3 Salazar Stipulation Bankruptcy Case # 23-10971 - MDC

shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure the default within 15 days of the notice. If the default continues to the following month, the Debtor shall include funds to cure that month's default as well. If Debtor should fail to cure the default within 15 days, Movant may file a Certification of Default with the Court, and upon the filing of the Certification, the Court shall enter an Order granting Movant relief from the automatic stay as to the Property.

    7.    In the event the instant bankruptcy is dismissed, discharged, or converted to a case under Chapter 7, this Agreed Order will be null and void.

    8.    Debtor understands that should Movant be forced to provide a written Notice of Default of this Stipulation, that Debtor shall be responsible for any reasonable attorney fees of $100.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a result of preparation of same.

    9.    It is further ordered and agreed that the Debtor's right to cure shall be limited to three (3) such opportunities and that upon the filing of a third Notice of Default under the terms of this Order, there shall be no further opportunity to cure and the Movant may proceed to foreclose its security interest in the subject real property as described above.

    10.    The proof of claim of Nationstar Mortgage LLC is hereby updated to conform to this Agreed order, and further, this Agreed Order shall serve as a Supplemental Proof of Claim.

4 Salazar Stipulation Bankruptcy Case # 23-10971 - MDC

11. Debtor agrees the Court may waive Rule 4001(a) (3), permitting Movant to immediately implement and enforce the Court's order.

The parties request that this Honorable Court approve this stipulation.

Dated: 10/5/2023

/s/ Christopher A. DeNardo
Christopher A. DeNardo 78447
Attorney for Movant

Dated: 9/22/23

Paul H. Young, Esquire, Young, Marr, Mallis & Deane, LLC
Attorney for Debtor

No Objection - Without Prejudice to Any Trustee Rights or Remedies

Dated: October 4, 2023

/s/ LeeAne O. Huggins
Kenneth E. West, Office of the Chapter 13 Standing Trustee
Trustee

AND NOW, this **6th** day of **October**, 2023, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE