United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Celitia K. Salazar  
    Debtor

Case No. 23-10971-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 05, 2024      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Celitia K. Salazar, 6321 Hasbrook Ave., Philadelphia, PA 19111-5603 |
| 14793160 | #+ | Nationstar Mortgage LLC, c/o Christopher A. DeNardo, Esq., LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14773449 | + | Nationstar Mortgage LLC, c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14770802 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14770805 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |
| 14770806 | + | Young, Marr, Mallis & Deane, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 06 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14772325 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2024 00:27:10 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14800536 | | Email/Text: megan.harper@phila.gov | Feb 06 2024 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14770797 | | Email/Text: megan.harper@phila.gov | Feb 06 2024 00:17:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14770799 | ^ | MEBN | Feb 06 2024 00:11:18 | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 14770798 | ^ | MEBN | Feb 06 2024 00:11:28 | Debt Recovery Solution, Attn: Bankruptcy, Po Box 9003, Syosset, NY 11791-9003 |
| 14772324 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2024 00:38:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14770801 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2024 00:17:00 | Mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 14770800 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2024 00:17:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14789588 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2024 00:17:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 05, 2024 | Form ID: pdf900 | Total Noticed: 23

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 14792832 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2024 00:17:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX, 75261-9741 |
| 14773216 | ^ MEBN | Feb 06 2024 00:11:23 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14788581 | + Email/Text: bankruptcygroup@peco-energy.com | Feb 06 2024 00:17:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14782898 | ^ MEBN | Feb 06 2024 00:11:24 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14770803 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2024 00:27:22 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 14770804 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2024 00:27:39 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14770805 | + Email/Text: support@ymalaw.com | Feb 06 2024 00:17:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Celitia K. Salazar support@ymalaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: pdf900 | Total Noticed: 23 |

ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Celitia K. Salazar | : | Chapter 13 |
| , | : | |
| Debtor(s). | : | Bankruptcy No. 23-10971 -MDC |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated:    February 2, 2024

*signature*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE