# TIME SHEET FOR CELIETIA K. SALAZAR- 23-10971

# EXHIBIT B OF APPLICATION FOR COMPENSATION

### Hours for Paul H. Young, Esq. and /or Carol McCullough

| Date | Description | Hours |
|---|---|---|
| 3/30/23 | Emails with client receiving and reviewing docs | .8 |
| 3/30/23 | Prepare for review with client - Petition | 1.2 |
| 4/28/23 | Telephone with client and emails regarding outstanding information | .8 |
| 5/1/23 | Receipt and review of more documents and preparation of remaining docs for review and signature | 1.3 |
| 6/22/23 | Receipt and review of objection to confirmation of plan by mort co. | .2 |
| 6/27/23 | Telephonic appointment to prepare for 341 hearing | .5 |
| 6/28/23 | Attendance 341 hearing | .4 |
| 7/1/23 | Emailed client regarding status of loan modification | .3 |
| 7/6/2023 | Receipt and Review of Motin for Relief | .4 |
| 7/7/2023 | Email client regarding motion for relief | .3 |
| 7/13/23 | Prepare and file response to motion for relief | .4 |
| 7/18/23 | Receipt and review of trustee objection to conf | .2 |
| 8/3/23 | Prepared and filed Amended C, Amended D, Objection to POC's 1 and 2 and First Amended Plan and correspondence with client | 1.8 |
| 9/5/23 | Review and attend hearing on Objections to POC's and 2 | 1.0 |
| 8/29/23 | Emails and contact with attorney for mort company regarding resolution | .4 |
| 9/26/23 | mfr resolved with attorney stipulation to be filed | .3 |
| 10/5/23 | Receipt and review of stipulation | .5 |

| Date | Description | Hours |
|---|---|---|
| 10/11/23 | Email to client regarding loan modification | .4 |
| 12/1/23 | Email to client with regard to loan modification and COD | .5 |
| 1/5/24 | Email to client with forms for her completion regarding loan modification denial | .6 |
| 1/6/24 | Email to client with appeal instructions | .4 |
| 1/26/24 | Prepare and file 2nd amended plan | .9 |

13.6 @ $350 per hr.

**$4,760.00.00**