**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Celitia K. Salazar, | : | Chapter 13 |
| Debtor. | : | Bky. No. 23-10971 PMM |

# O R D E R

**AND NOW,** upon consideration of the Application for Compensation filed by Paul Young, counsel for the Debtor (doc. no. 70, the "Application");

**AND** this bankruptcy case having been dismissed by Order dated February 2, 2024 (doc. no. 67, the "Dismissal Order");

**AND** the Dismissal Order providing, *inter alia*, that "applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of" the Order;

**AND** the Application having been filed 88 days after the entry of the Order and, therefore, is untimely;

It is therefore hereby **ORDERED** that the Application is **DENIED**.

Date: 6/12/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**